

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00165-CV

_____

UNITED PHOSPHORUS, LTD., UPL CORPORATION, LIMITED,
AND UNITED PHOSPHORUS, INC., APPELLANTS

V.

PETER BALDERAS AND MARTHA BALDERAS, INDIVIDUALLY AND
ON BEHALF OF THEIR INJURED AND DECEASED MINOR CHILDREN,
P.B. AND E.B., INJURED MINORS, AND F.B., J.B., J.B., AND Y.B., DECEASED
MINOR CHILDREN, AND JACQUELINE BALDERAS, INDIVIDUALLY,
AND CASANDRA BALDERAS, INDIVIDUALLY, APPELLEES

On Permissive Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 106,846-E-CV; Honorable Douglas R. Woodburn, Presiding

December 30, 2020

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

On July 28, 2020, we granted the *Petition for Permissive Appeal* filed by Appellants, United Phosphorus, Ltd., UPL Corporation, Limited, and United Phosphorus, Inc., permitting an interlocutory appeal from the trial court's *Amended Order Denying*

*Defendants' Motion for Summary Judgment Regarding FIFRA*.   *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) (West 2015); TEX. R. APP. P. 28.3.  On November 16, 2020, we abated the appeal pursuant to the parties' motion to allow the parties to complete their settlement negotiations.

The appeal has been reinstated.  Now pending before the court is the parties' joint motion notifying the court that all matters in controversy have been compromised and settled and seeking voluntary dismissal of the appeal.  The court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.  As no decision of the court has been delivered to date, we grant the motion.  The appeal is dismissed.  Because the motion does not address costs, costs will be taxed against Appellants.  TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.


Per Curiam